# EXHIBIT A

US008320820B2

(12) United States Patent  (10) Patent No.: US 8,320,820 B2
Ortiz  (45) Date of Patent: Nov. 27, 2012

(54) SELF-CONTAINED DATA COMMUNICATION SYSTEM NODES AS STAND-ALONE PODS OR EMBEDDED IN CONCRETE WALKWAYS AND IN WALLS AT PUBLIC VENUES INCLUDING SPORTS AND ENTERTAINMENT VENUES

(75) Inventor: **Luis M. Ortiz**, Albuquerque, NM (US)

(73) Assignee: **Front Row Technologies, LLC**, Albuquerque, NM (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 122 days.

(21) Appl. No.: **12/871,150**

(22) Filed: **Aug. 30, 2010**

(65) Prior Publication Data

US 2011/0212682 A1   Sep. 1, 2011

**Related U.S. Application Data**

(60) Provisional application No. 61/261,649, filed on Nov. 16, 2009.

(51) Int. Cl.
H04H 20/71 (2008.01)
H04H 40/00 (2008.01)
H04S 4/00 (2006.01)
H04K 11/00 (2006.01)

(52) U.S. Cl. .......... **455/3.01**; 455/414.1; 455/3.06; 455/899; 455/344

(58) Field of Classification Search .......... 455/3.01, 455/3.02, 3.06, 344, 66.1, 899, 414.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,299,177 A | 3/1994 | Koch | 368/73 |
| 5,600,368 A * | 2/1997 | Matthews, III | 348/143 |
| 5,642,378 A | 6/1997 | Denheyer | 375/216 |
| 5,663,717 A * | 9/1997 | DeLuca | 340/323 R |
| 5,729,471 A | 3/1998 | Jain et al. | 725/131 |
| 5,892,554 A * | 4/1999 | DiCicco et al. | 348/584 |
| 5,953,056 A * | 9/1999 | Tucker | 348/157 |
| 5,999,124 A | 12/1999 | Sheynblat | 342/357.29 |
| 6,064,860 A * | 5/2000 | Ogden | 455/66.1 |
| 6,100,925 A * | 8/2000 | Rosser et al. | 348/169 |
| 6,121,966 A * | 9/2000 | Teodosio et al. | 715/838 |
| 6,192,257 B1 * | 2/2001 | Ray | 455/566 |
| 6,400,264 B1 * | 6/2002 | Hsieh | 340/506 |

(Continued)

OTHER PUBLICATIONS

PCT International Search Report for PCT/US2010/046287 dated Feb. 25, 2011.
Ruel, VYVX, Doctor Design, and Erbes Dev. Group Go to the Ball Game: Watch PC-TV, Internet TV at the Stadium http://ruel.net/top/box.article.05.htm (Sep. 1, 1997).

(Continued)

*Primary Examiner* — Tilahun B Gesesse
(74) *Attorney, Agent, or Firm* — Kermit D. Lopez; Luis M. Ortiz; Ortiz & Lopez, PLLC

(57) **ABSTRACT**

A system supports communications of video and data to hand held devices located within a public venue (e.g., sports stadium). At least one pod includes wireless communications electronics and an integrated antennae deployed as a communications node within the public venue and provides data including video through a data network from at least one server to hand held wireless devices located in the public venue. The pod can include a rechargeable power source sustaining self-contained operation of the wireless communication electronics. An optional solar cell can provide electrical power to charge the rechargeable power source. A pod can be embedded in the wall or floor surface of said public venue and can be provided in the form of a core hole plug.

21 Claims, 7 Drawing Sheets



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,522,352 B1 * | 2/2003 | Strandwitz et al. | 348/211.2 |
| 6,526,335 B1 * | 2/2003 | Treyz et al. | 701/1 |
| 6,529,519 B1 | 3/2003 | Steiner et al. | 370/412 |
| 6,570,889 B1 * | 5/2003 | Stirling-Gallacher et al. | 370/479 |
| 6,675,386 B1 * | 1/2004 | Hendricks et al. | 725/105 |
| 6,813,608 B1 * | 11/2004 | Baranowski | 705/6 |
| 6,931,290 B2 * | 8/2005 | Forest | 700/90 |
| 6,934,510 B2 * | 8/2005 | Katayama | 455/3.06 |
| 6,965,785 B2 * | 11/2005 | Mager et al. | 455/566 |
| 7,149,549 B1 | 12/2006 | Ortiz et al. | |
| 7,162,532 B2 * | 1/2007 | Koehler et al. | 709/231 |
| 7,376,388 B2 * | 5/2008 | Ortiz et al. | 455/3.06 |
| 7,620,426 B2 | 11/2009 | Ortiz et al. | |
| 2001/0040671 A1 * | 11/2001 | Metcalf | 353/94 |
| 2001/0042105 A1 * | 11/2001 | Koehler et al. | 709/217 |
| 2001/0045978 A1 * | 11/2001 | McConnell et al. | 348/42 |
| 2002/0115454 A1 * | 8/2002 | Hardacker | 455/457 |
| 2002/0176000 A1 * | 11/2002 | Katayama | 348/157 |
| 2002/0188943 A1 * | 12/2002 | Freeman et al. | 725/38 |
| 2003/0040303 A1 * | 2/2003 | Nelson et al. | 455/414 |
| 2003/0093797 A1 | 5/2003 | Bazzaz | |
| 2005/0060751 A1 * | 3/2005 | Glaser | 725/87 |
| 2006/0288375 A1 | 12/2006 | Ortiz et al. | |
| 2010/0155549 A1 * | 6/2010 | Robinson | 248/183.1 |

OTHER PUBLICATIONS

Walters, Sports Illustrated Asia, Instant Gratification, http://sportsillustrated.asia/vault/article/magazine/MAG1017633/index/htm. Nov. 15, 1999, Asia.
Higgins, Region Focus, Virtual Vroom? http://www.immersionwireless.com/regionfocus.pdf, created Aug. 23, 2005.
Braves Join the Insider Team, http://www.immersionwireless.com/atlbusinesschronicle.pdf, Apr. 1, 2002, Atlanta Business Chronicle.
Scanz Communications, Press Excerpts, http://www.designadvocate.net/scanz/news.html, printed Nov. 13, 2011.
Rigney, C. et al. "Remote Authentication Dial In User Service (RADIUS)" Network Working Group, Apr. 1997, 66 pages.
Aboba, B. et al. "Introduction to Accounting Management," Network Working Group, Oct. 2000, 55 pages.
CNET, Shakeware, http://download.cnet.com/MP3-Player-2000/3000-2133_4-10040702.htm (Feb. 28, 2000).
Traffic411.com Joins Packet Video in Wireless Multimedia Trials http://www.traffic411.com/pressbody.html#06-13-00 (Jun. 13, 2000).
CNET, "Cell phone video start-up files for IPO" http://news.cnet.com/Cell-phone-video-start-up-files-for-IPO/2100-1033_3-238076.html (Mar. 16, 2000).

* cited by examiner



FIG. 1

FIG. 2



FIG. 3



**FIG. 4**
**PRIOR ART**



FIG. 5 PRIOR ART

FIG. 6 PRIOR ART

FIG. 7 PRIOR ART



FIG. 8



FIG. 9



FIG. 10

# SELF-CONTAINED DATA COMMUNICATION SYSTEM NODES AS STAND-ALONE PODS OR EMBEDDED IN CONCRETE WALKWAYS AND IN WALLS AT PUBLIC VENUES INCLUDING SPORTS AND ENTERTAINMENT VENUES

## CROSS-REFERENCE TO PATENT APPLICATION

This patent application claims priority to and the benefit of U.S. Provisional Patent Application Ser. No. 61/261,649, entitled "Self-Contained Data Communication System Nodes as Stand-Alone Pods or Embedded in Concrete Walkways and in Walls at Public Venues Including Sports and Entertainment Venues," which was filed on Nov. 16, 2009, the disclosure of which is incorporated herein by reference in its entirety.

## TECHNICAL FIELD

The present invention is generally related to a wireless communications networks. More particularly, the present invention is related to wireless data communications system communications nodes set up to establish a communication network within public venues including sports and entertainment venues. The present invention is also related to wireless data communications systems including communications nodes comprising a communication network within a public venue supporting access to video and data by hand held devices also located within the public venue.

## BACKGROUND

Wireless data communications technology has now found its place in sports and entertainment venues over the past decade. Video and data related to an event at sports venues is now widely available on portable hand held devices such as mobile phones and proprietary devices that can be rented at the sports venues. Wireless communication can be provided to handheld devices via cellular and 802.11 (Wi-Fi) systems. In addition to live video from different perspectives, such as that provided to spectators at sporting events by Kangaroo Media, Inc, of Montreal, Canada (www.kangaroo.tv), social networking, gaming and vending applications are also being provided to spectators. Such systems and applications are well documented in U.S. Pat. Nos. 7,149,549, 7,376,388 and 7,620,426, which are herein incorporated by reference for their teaching.

New sports and entertainment venues are now being designed and built to incorporate wireless data communications infrastructure in order to enable enhanced spectator experiences. Examples of such venues include Yankee Stadium, in New York, and Dallas Cowboy Stadium, in Irving, Tex., which have both been enabled with substantial investments in Cisco wireless network technology to enable video and data access for venue attendees using personal hand held devices.

Although new stadiums are being built with wireless capabilities, still many entertainment venues are older and lack the "built-in" wireless data communications infrastructure necessary to support large scale hand held device access to live video recorded by cameras at entertainment venues and associated entertainment data. Furthermore, some entertainment venues may only require temporary installations of wireless video and data communications capabilities for a special event. For the foregoing reasons, there is a need to provide systems that can enable video and data communications with multiple wireless hand held devices for older entertainment venues, and/or for any public venues where data access is only needed temporarily or long-term. The present invention provides a solution for this need.

## SUMMARY

Accordingly, it is a feature of the present invention to provide self-contained communications system nodes establishing a wireless data communication network within public venues, such as sports and entertainment venues, for providing video and data to hand held devices located at said venues.

It is also a feature of the present invention to provide self-contained communications system nodes as stand-alone pods at public venues such as sports and entertainment venues.

It is also feature of the present invention to provide self-contained communications system nodes for embedded use in concrete walkways and in walls at public venues such as sports and entertainment venues.

Accordingly, it is a feature of the present invention to provide a system supporting the communications of video and data to hand held devices located within a public venue is disclosed. At least one pod including wireless communications electronics (e.g., wireless access point, repeaters) and an integrated antennae that can be deployed as a communications node within the public venue and can provide data including video from at least one server to hand held wireless devices located in the public venue through a data network.

It is another feature that the system supporting the communications of video and data to hand held devices located within a public venue to include more than one pod deployed throughout the public venue.

It is yet another feature that communications pods can each further include a rechargeable power source sustaining self-contained operation of the wireless communication electronics.

It is another feature that each communications pod can further include a solar cell providing an electrical power to charge the rechargeable power source contained in the pod.

It is another feature of the present invention that communications pods can be embedded in a wall or floor surface of said public venue.

It is yet another feature of the present invention that communications pods can further comprise of a core hole plug that includes the wireless communications electronics therein and that such pods can be embedded in a wall or floor surface of said pubic venue.

## BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** illustrates a block diagram of components that can be included in wireless data communications system nodes establishing a communication network within sports and entertainment venues, in accordance with features of the present invention.

FIG. **2** illustrates a top perspective view of a sports and entertainment venue including wireless data communications system nodes distributed throughout the sports and entertainment venue for establishing a wireless communication network in communication with hand held devices used by spectator within sports and entertainment venues, in accordance with features of the present invention.

FIG. **3** illustrates a perspective view of a floor and wall including a core hole plug assembly incorporating wireless communications electronics therein and embedded in the

floor and wall of a sports and entertainment venue, in accordance with a feature of the present invention.

FIG. **4**, labeled as prior art, illustrates a perspective view of a core hole plug assembly of the subject invention sealing a hole passing through a paving layer.

FIG. **5**, labeled as prior art, illustrates a side view of the core hole plug assembly of FIG. **4** sealing a hole passing through a paving layer.

FIG. **6**, labeled as prior art, illustrates a vertical cross section of the core hole plug of FIGS. **4** and **5**.

FIG. **7**, labeled as prior art, illustrates a bottom view of the core hole plug assembly of FIGS. **4** to **6**.

FIG. **8** illustrates a side view of the core hole plug assembly like that shown in FIGS. **4-6**, however including wireless communications electronics to operate as a wireless data communications system nodes that can be distributed throughout the sports and entertainment venue for establishing a wireless communication network in communication with hand held devices used by spectator within sports and entertainment venues, in accordance with features of the present invention.

FIG. **9** illustrates a block diagram of network resources operable within sports and entertainment venue to provide wireless data communications system nodes distributed throughout the sports and entertainment venue for establishing a wireless communication network in communication with hand held devices used by spectator within sports and entertainment venues, in accordance with features of the present invention.

FIG. **10** illustrates just one pod housing design that can be used to carry out features of the present invention.

DETAILED DESCRIPTION

Access points, which are often interconnected by cabling, generally play a dominant role in providing radio frequency (RF) coverage in most wireless LAN (WLAN) deployments. Wireless repeaters, though, are an alternative way to extend the range of an existing WLAN instead of adding more access points. There are very few stand-alone 802.11 wireless repeaters on the market, but some access points have a built-in repeater mode. The wireless communications electronics representing access points and wireless repeaters will be referred to herein as communications system nodes, or simply as communications nodes.

In general, a repeater simply regenerates a network signal in order to extend the range of the existing network infrastructure. A WLAN repeater does not physically connect by wire to any part of the network. Instead, it receives radio signals (802.11 frames) from an access point, end user device, or another repeater and retransmits the frames. This makes it possible for a repeater located in between an access point and distant user to act as a relay for frames traveling back and forth between the user and the access point.

As a result, wireless repeaters are an effective solution to overcome signal impairments such as RF attenuation. For example, repeaters provide connectivity to remote areas that normally would not have wireless network access. In sports and entertainment venue deployments, temporary placement and large areas requiring coverage can result in access points that don't quite cover areas where spectators using hand held devices desire connectivity. The placement of a repeater between the covered and uncovered areas, however, can provide connectivity throughout most of the venue space. The wireless repeater fills holes in coverage, enabling seamless roaming. Although the most modern venues includes built-in wireless infrastructure, older venues often require retrofitting to incorporate wireless communications equipment, or the equipment will only be temporary and must be installed just before an event. Temporary use will be typical with multipurpose venues. The present invention provides a system that can simplify the temporary or retrofit placement of wireless data communications equipment as pods throughout sports and entertainment venues.

Communications electronics can be provided within sports and entertainment venues in the form of self-contained pods. As illustrated in FIG. **1**, a pod **100** can include wireless communications electronics **110**, an integrated antennae **120**, rechargeable power source **130** and an optional solar power cell **140**. The pod **100** can be provided in the form of a movable, weatherproof container that can be placed in strategic locations throughout a venue and remain protected from weather and vandalism. FIG. **1** depicts a pod in the form of a barrel, although the shape of a pod **100** should not be restricted. The size of the pod **100** is dependent on components used to provide battery-operated wireless data communications. WiFi transceivers and repeaters comprising the wireless communications electronics **110**, for example, typically do not require much space; however, the size of rechargeable batteries **130** required to power the wireless communications electronics **110** will depend on the length of use and continuous power required for the wireless communications electronics **110**. In daytime deployments where pods might be exposed to sunlight, an optional solar cell **140** can be located at the top surface of the pod container where the solar cell **140** can obtain maximum sunlight and can provide a trickle charge to rechargeable batteries **130** located within the pod **100**. Outdoor stadiums, such as racing venues, football stadiums, or cricket stadiums, as well as large amusement parks and outdoor public gathering places, would benefit from a solar powered communications pod **100**. Solar power can extend operation time for the pod **100**. Solar cells can vary in size, depending on the surface area of the pod's top surface. Weather resistance is also an important consideration for the communications pods **100**. A housing that allows ventilation and minimizes water saturation an interference with electronics and power sources contained therein would ideally be utilized for pods **100**. Housing used for outdoor speaker systems are known to allow sound to emanate from the housing, yet also minimize moisture penetration within the speaker housing. U.S. Pat. No. 4,574,906 issued to White et al is representative of such a housing.

As illustrated in the top perspective view of FIG. **2**, a sports and entertainment venue **200** can include wireless data communications system nodes **100** distributed around and throughout the sports and entertainment venue **100** for establishing a wireless communication network in communication with hand held devices **210** used by spectators within sports and entertainment venue **100**, in accordance with features of the present invention. The wireless communications network supported by the pods **100** enable handheld devices **210** to receive multiple perspective of an event **230** in video captured within the venue by cameras as shown in block **230**, and as thoroughly taught in U.S. Pat. Nos. 7,149,549, 7,376,388 and 7,620,426.

In some venues, it may be desirable to more permanently install communications pods **100** for ongoing use. Such can be the case wherein an older sports venue requires wireless communications infrastructure and the older venue must be retrofitted to incorporate the wireless communications infrastructure with little aesthetic and space encumbrances on the venue. As shown in FIG. **3**, self-contained communications pods **100** can be embedded into the flooring **310** and walls **320** of a sports and entertainment venue **300**. Embedded pods can

be accomplished by providing the communications electronics **110** in a carrier that can mount flush with the flooring **310** or wall **320** surfaces.

A core hole plug assembly has been described in U.S. Pat. No. 6,662,490, issued to Aesch, Jr., can provide a carrier for the communications electronics **110**. As such, a core hole plug can serve as an embedded pod **100**. The pod **100** in the form of a core hole plug assembly can also include a rechargeable power source **130** and embedded antennae **120**. Alternatively, power can be provided to the embedded pod via wiring accessible within the flooring **310** or walls **320**. A solar cell **140** can also be optionally provided at the surface of the pod to provide a trickle charge to rechargeable power source **130**, if provided in the pod.

The '490 patent describes a core hole plug for covering and sealing a hole in a paved surface, wall or other structure. As described in the '490 patent, many locations such as urban environments, office parks, shopping centers, offices, and industrial and commercial buildings are surrounded in whole or in part with paved surfaces such as but not limited to concrete paving, asphalt paving, stone or brick paving, and paving made of similar materials. The paving takes many forms, e.g. driveways, sidewalks, etc. A typical paving is a concrete slab or other paving material about four to eight inches thick. Offices, warehouses, and other industrial and commercial buildings often have solid or hollow walls made of concrete, block or other materials of various thicknesses e.g. walls having thicknesses of six to eight inches or more.

Although core holes or other holes are typically about three inches or slightly greater in diameter, the diameter and depth of a communications pod **100** can vary depending on the required size of the internal compartment to accommodate the modules (e.g., battery, electronics) to support wireless communications.

Core holes are sometimes formed in paved surfaces and walls for various purposes, such as but not limited to, tests to determine if the paving or wall meets specifications, the treatment of cockroaches, ants, and various other pests, the passage of utilities through the walls, etc. Once a core has been taken from or a hole otherwise made in a paved surface, wall or other structure there usually is a need to cover and seal the hole, e.g. after a core sample has been taken, after pests have been treated, prior to the installation or after the removal of utilities, etc. Since core hole plugs are relatively easy to install and unobtrusive or inconspicuous, rather than patching these holes, these holes are frequently covered and sealed with core hole plugs. In addition to being easy and quick to install and unobtrusive or inconspicuous, the core hole plugs have another advantage over patching the holes. Should there be a need to later gain access to the interior of the hole, the core hole plug can be removed.

FIGS. **4-7**, labeled as prior art, illustrates a typical core hole plug assembly **400**. The illustrated core hole plug assembly **400** can be used for many different applications to cover and seal a hole in a paving layer, hollow or solid wall, or other structure. For the purposes of illustration, the core hole plug assembly **400** is shown in FIGS. **4-7** covering and sealing a hole **422** passing through a paving layer **424**. The paving layer **424** may be any of numerous paving layers found adjacent and/or under building structures, such as but not limited to concrete paving or slabs, asphalt paving, stone or brick paving, and paving made of similar materials. As previously discussed, the paving layers are typically about four to eight inches in thickness and the core holes **422** passing through these paving layers are typically about 3 inches in diameter. Since the soil **426** beneath a paving layer **424** may fall away from the bottom of the paving layer, a hole **422** passing through a paving layer is frequently several inches greater in depth than the thickness of the paving layer and may include a cavity **428** beneath a paving layer into which components of a core hole plug assembly may fall.

A core hole plug assembly **400** typically includes a cover plate **430**; a deformable, resilient expansible plug **432**; a compression plate **434**; and a bolt and nut assembly **436** with a bolt **438** and a nut **440**. The expansible plug **432** is cylindrical with a tubular sidewall **442**. Preferably, the compression plate **434** is a circular disk and the nut **440** of the bolt and nut assembly **436** is welded or otherwise nonrotatably affixed to and integral with the compression plate **434**. The compression plate **434** is permanently and non-rotatably secured to the lower end portion **444** of the expansible plug **432**, preferably, by being molded into or otherwise completely embedded within the lower end portion **444** of the expansible plug **432** so that the compression plate **434** does not rotate relative to the expansible plug. Preferably, the upper end of the expansible plug **432** is permanently and nonrotatably secured to the underside of the cover plate **430**, e.g. adhesively or otherwise bonded to the underside of the cover plate, so that the expansible plug does not rotate relative to the cover plate. With the nut **440** of the bolt and nut assembly **436** nonrotatably affixed to the compression plate **434**, the compression plate **434** nonrotatably secured to the lower end portion **444** of the expansible plug **432**, and expansible plug **432** nonrotatably affixed to the underside of the cover plate **430**, these components of the core hole plug assembly **400** function as a unit so that the bolt **438** of the bolt and nut assembly **436** can be threaded into or out of the nut **440** to move the compression plate **434** relative to the cover plate **430** (toward or away from the cover plate **430**).

The bolt **438** of the bolt and nut assembly **436** passes down through a hole in the cover plate, through the expansible plug **432** and is threaded into the nut **440** affixed to the compression plate **434**. When the bolt and nut assembly **436** is tightened by threading the bolt **438** into the nut **440**, the compression plate **434** is drawn toward the cover plate **430** to compress the expansible plug **432** between the compression plate **434** and the cover plate **430** and expand the expansible plug **432** in diameter. When the bolt and nut assembly **436** is loosened by partially unthreading the bolt **438** from the nut **440**, the compression plate **434** is moved away from the cover plate **430** and permits the resilient expansible plug **432** to return to its original shape and diameter.

In use, as the expansible plug **432** is compressed by tightening the bolt and nut assembly **436** and drawing the compression plate **434** toward the cover plate **430**, the expansible plug **432** expands in diameter to force the outside surface of the expansible plug **432** into contact with the sidewall of a hole. This secures the core hole plug assembly **420** in place and forms a seal between the outside surface of expansible plug **432** and the sidewall of the hole. When the bolt and nut assembly **436** is loosened and the expansible plug **432** is allowed to return to its initial shape and diameter, the outside surface of the expansible plug **432** draws away from the sidewall of the hole and the core hole plug assembly **400** can be easily removed as a unit without fear of losing a nut, compression plate, or plug down the hole or wall cavity.

The cover plate **430** and the compression plate can be made of stainless steel, aluminum, a durable polymeric material, a durable fiberglass reinforced polymeric material or some other suitable durable, preferably noncorrosive and chemical resistant material. If made of metal, the cover plate **430** can serve as the antennae for the pod **100** for carrying out wireless communication, in accordance with the present invention. The bolt and nut assembly **436** can be made with a stainless

steel bolt **438** and a stainless steel nut **440**. Various heads may be used on the bolt **438** of the bolt and nut assembly **436** so that the bolt and nut assembly can be tightened and loosened using a wrench, an Allen wrench, a screwdriver, or other tool. Preferably, there can be a recess in the upper surface of the cover plate **430** surrounding the hole through which the bolt passes. The head of the bolt **438** is received within the recess so that the head of the bolt is flush or substantially flush with the upper surface of the cover plate **430**. In accordance with the present invention, electronics **110** circuitry (e.g., circuit boards, solar cell **140**) and batteries **130** can be designed to accept a center bolt.

The expansible plug **432** can be made of a deformable and resilient polymeric material, such as but not limited to a deformable, resilient thermoplastic rubber or polymeric material, which has the resilience to return to its original diameter and shape when the expansible plug **432** is not under compression. Preferably, the material forming the expansible plug **432** is also durable and chemical resistant. The cover plate **430** is greater in diameter than the diameter of the expansible plug **432** and any hole the core hole plug assembly **400** is to seal. The compression plate **434** is typically made of stainless steel and is a little less than but about the same diameter as the diameter of the expansible plug **432**. The cover plate **430** is typically about 3½ to 4 inches in diameter. When not compressed, the expansible plug **432** is typically about ⅛ to about ¼ of an inch less in diameter than the diameter of the hole with which the core hole plug assembly **400** is to be used (e.g. about 2¾ to about 2⅞ inches in diameter for use with a hole about 3 inches in diameter) and about 1 to 1½ inches in height.

With the compression plate **434** completely embedded within the lower end portion **444** of the expansible plug **432**, the polymeric material forming the expansible plug forms a lowermost disk shaped layer of the assembly. A top view of the top surface of the cover plate is shown in FIG. **7**.

FIG. **8** illustrates a side view of a pod **500** in a form similar to the core hole plug assembly **400** shown in FIGS. **4-6**; however, the pod includes wireless communications electronics **110** to operate as a wireless data communications system nodes that can be distributed throughout the sports and entertainment venue for establishing a wireless communication network in communication with hand held devices used by spectator within sports and entertainment venues, in accordance with features of the present invention. The pod **500** shown in FIG. **8** also includes a rechargeable power source **130**, embedded antennae **120** and solar cell **140**. Pod **500** can be embedded into surface at a sports and entertainment venue and includes modules **110-140** supporting wireless communications (e.g., Wifi access points, wireless repeaters). Electronics that are tolerant to high operating temperatures can be utilized where little or no venting is provided given the embedded nature of the core plug configuration. Venting can be provided in some installations from the bottom portion of the core hole plug.

FIG. **9** illustrates a block diagram of network resources operable within sports and entertainment venue to provide wireless data communications system nodes distributed throughout a sports and entertainment venue **500** for establishing a wireless communication network supporting communications with hand held devices **210** used by spectator located within the sports and entertainment venue **500**, in accordance with features of the present invention. Video captured by cameras **570** located throughout a sports and entertainment venue **500** is generally provided to enterprise equipment **530** located at the venue to manage recorded content such as a server. Entertainment data including video, statistics, venue information, etc. is provided throughout the venue to hand held device **210** via wireless communications nodes located throughout the venue. The nodes can include wireless routers **510** connected the a wired data network **540** established at the venue as well as repeaters **520** provided throughout the venue to further extend wireless capabilities for hand held devices **210** located and in use at the venue **500**. Content from remote servers **560** can also be provided to hand held devices **210** via wired and wireless data networks **550** servicing the venue.

Referring to FIG. **10**, a communications pod **600** including a weather proof housing is illustrated in accordance with a feature of the present invention. The pod **600** includes a communications electronics portion **610**, a rechargeable power source portion **630** and a base portion **690**. The top surface of the communications electronics portion can include a solar cell **640**, as shown. An integrated antennae ring **620** is also shown, which can facilitate communications without the need for extendable antennae hardware. If the pod **600** includes access point electronics, an Ethernet connection can be provided via a chord **680**. If the pod **600** is a repeater, the Ethernet connection does not need to be provided as the repeater is facilitating communications to handheld devices from the repeaters wireless communications with Ethernet-connected access points. The chord **680** representing the Ethernet connection can also be representative of a power chord used to recharge the rechargeable power source (i.e., rechargeable lithium ion batteries or the like) locating within the pod **600**. Batteries can be recharged in-between uses, or continuously through the chord. The chord **680** can also represent a combined power and data source for the pod **600**. A vent **695** can be provided near the bottom of the housing at the base portion **690**. Small spacers/pillars can provide a gap for the vent, which can enable electronics within the housing the breath/cool. Leg stands **698** can also be provided beneath the base portion **690**. The housing illustrated in FIG. **10** is just one example of how pods can be presented for use in public venues. Other designs can be provided that still includes features of the present invention without departing from the scope of the present invention, which is only limited by the claim appended hereto. Materials selected for the housing should ideally withstand broad temperature ranges, ultraviolet exposure and weather.

In describing the invention, certain embodiments have been used to illustrate the invention, and the practices thereof. However, the invention is not limited to these specific embodiments as other embodiments and modifications within the spirit of the invention will readily occur to those skilled in the art on reading this specification. Thus, the invention is not intended to be limited to the specific embodiments disclosed, but is to be limited only by the claims appended hereto.

The invention claimed is:

1. A system providing communications capacity and supporting the communications of video and data to hand held wireless devices located throughout a sports and entertainment venue, comprising:
    at least one server managing data including video of various perspectives of an activity captured by video cameras located throughout the sports and entertainment venue; and
    more than one self-contained pod including wireless communications electronics and an integrated antennae for said self-contained pod to operate as a wireless access point sustaining bi-directional communication with said at least one server, said more than one self-contained pod deployed as a matrix of communications nodes through-

out a sports and entertainment venue to provide enhanced communications capacity for and data network access by said hand held wireless devices being used by spectators located throughout the sports and entertainment venue and providing access to said data from the at least one server to said hand held wireless devices in use by the spectators.

2. The system supporting the communications of video and data to said hand held wireless devices located within a sports and entertainment venue of claim 1, wherein the more than one self-contained pod each further comprise a rechargeable power source sustaining self-contained operation of the wireless communication electronics.

3. The system supporting the communications of video and data to said wireless hand held devices located within a sports and entertainment venue of claim 2, wherein said more than one self-contained pod each further comprise a solar cell providing electrical power to charge the rechargeable power source.

4. The system supporting the communications of video and data to said hand held wireless devices located within a sports and entertainment venue of claim 1, wherein at least one of the more than one self-contained pod is embedded in a wall or floor surface of said sports and entertainment venue.

5. The system supporting the communications of video and data to said hand held wireless devices located within a sports and entertainment venue of claim 1, wherein at least one of the more than one self-contained pod further comprises a core hole plug serving as a pod and including the wireless communications electronics therein, wherein the at least one of the more than one self-contained pod is embedded in a wall or floor surface of said sports and entertainment venue.

6. The system supporting the communications of video and data to hand held wireless devices located within a sports and entertainment venue of claim 1, wherein the more than one self-contained pod further comprises a rechargeable power source sustaining self-contained operation of the wireless communication electronics included therein.

7. The system supporting the communications of video and data to said wireless hand held devices located within a sports and entertainment venue of claim 6, wherein the more than one self-contained pod further comprises a solar cell providing electrical power to charge the rechargeable power source.

8. A system supporting the communications of hand held wireless devices located throughout a sports and entertainment venue, comprising more than one self-contained pod including wireless communications electronics and an integrated antennae for said more than one self-contained pod to operate as a wireless access point and deployed as a matrix of communications nodes throughout said sports and entertainment venue to provide enhanced wireless communications capacity throughout the sports and entertainment venue and to support bi-directional communication of said hand held wireless devices used by spectators located throughout the sports and entertainment venue with at least one server to obtain access to data including the video from said at least one server, wherein said at least one server manages video of various perspectives of an activity captured by video cameras located throughout the sports and entertainment venue.

9. The system supporting the communications of hand held wireless devices located throughout a sports and entertainment venue of claim 8, further comprising a rechargeable power source contained in said more than one self-contained pod for sustaining operation of the wireless communication electronics without the need for external power.

10. The system supporting the communications of video and data to said hand held wireless devices located within a sports and entertainment venue of claim 9, wherein said more than one self-contained pod each further comprise a solar cell providing a electrical power to charge the rechargeable power source.

11. The system supporting the communications of video and data to said hand held wireless devices located within a sports and entertainment venue of claim 9, wherein at least one of the more than one self-contained pod is embedded in a wall or floor surface of said sports and entertainment venue.

12. The system supporting the communications of video and data to said hand held wireless devices located within a sports and entertainment venue of claim 9, wherein at least one of the more than one self-contained pod further comprises a core hole plug including the wireless communications electronics held therein, wherein the at least one of the more than self-contained one pod is embedded in a wall or floor surface of said sports and entertainment venue.

13. The system supporting the communications of video and data to said hand held wireless devices located within a sports and entertainment venue of claim 8, wherein the more than one self-contained pod further comprises a rechargeable power source sustaining self-contained operation of the wireless communication electronics included therein.

14. The system supporting the communications of video and data to said hand held wireless devices located within a sports and entertainment venue of claim 13, wherein the more than one self-contained pod further comprises a solar cell providing an electrical power to charge the rechargeable power source.

15. A system supporting the communications of video and data to hand held wireless devices located throughout a public venue, comprising more than one self-contained pod including wireless communications electronics and an integrated antennae operating as a wireless access point and deployed as a matrix of communications nodes throughout the public venue to provide enhanced wireless communications capacity throughout the sports and entertainment venue and to support bi-directional communication of the hand held wireless communication device used by spectators located throughout the sports and entertainment venue and provide data including video from at least one server accessed over a data network through said at least one contained in a self-contained pod by said hand held wireless devices located throughout the public venue.

16. The system supporting the communications of video and data to said hand held wireless devices located within a public venue of claim 15, wherein the more than one self-contained pod each further comprise a rechargeable power source sustaining self-contained operation of the wireless communication electronics.

17. The system supporting the communications of video and data to said hand held wireless devices located within a pubic venue of claim 16, wherein said more than one self-contained pod each further comprise a solar cell providing a electrical power to charge the rechargeable power source.

18. The system supporting the communications of video and data to said hand held wireless devices located within a public venue of claim 16, wherein at least one of the more than one self-contained pod is embedded in a wall or floor surface of said public venue.

19. The system supporting the communications of video and data to said hand held wireless devices located within a pubic venue of claim 15, wherein at least one of the more than one self-contained pod further comprises a core hole plug including the wireless communications electronics held therein, wherein the at least one of the more than one self-

contained pod is embedded in a wall or floor surface of said pubic venue.

20. The system supporting the communications of video and data to said hand held wireless devices located within a pubic venue of claim **19**, wherein the at least one self-contained pod further comprises a rechargeable power source sustaining self-contained operation of the wireless communication electronics included therein.

21. The system supporting the communications of video and data to said hand held wireless devices located within a public venue of claim **20**, wherein the at least one self-contained pod further comprises a solar cell providing an electrical power to charge the rechargeable power source.

\* \* \* \* \*