# EXHIBIT B

| A system supporting the communications of video and data to hand held wireless devices located throughout a public venue. | For example, the Boingo Access Points (antennas) allow handheld wireless devices to receive video and data at a public Venue. |
|---|---|



https://www.boingo.com/sports-and-entertainment/

| comprising more than one self-contained pod including wireless communications electronics and an integrated antennae operating as a wireless access point deployed as a matrix of communications nodes throughout the public venue to provide enhanced wireless communications capacity throughout the sports and entertainment venue and | For example, Boingo uses multiple Access Points(Antennas) throughout the public venue, that transmit WIFI to handheld wireless devices. |
| --- | --- |



https://www.boingo.com/sports-and-entertainment/

to support bi-directional communication of the hand held wireless communication device used by spectators located throughout the sports and entertainment venue and

For example, spectators can order food from their seats with their handheld devices, supported with Boingo's bi-directional communication.




https://www.boingo.com/sports-and-entertainment/

| provide data including video from at least one server accessed over a data network through said at least one contained in a self-contained pod by said hand held wireless devices located throughout the public venue. | For example, Boingo provides data including video from at least one server accessed over a data network by the hand held device. |
|---|---|





https://www.youtube.com/watch?v=NZ56gUb_Yj8